IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS LAFLAMME, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NUVIA MSO, LLC,<br><br>Defendant. | CASE NO.: 26-14978 |

**DEFENDANT NUVIA MSO, LLC'S NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant Nuvia MSO, LLC removes this action from the Suffolk County Superior Court of the Commonwealth of Massachusetts to the United States District Court for the District of Massachusetts, Eastern Division. As grounds for removal and for no other purpose, Defendant states:

1. On or about September 4, 2026, Plaintiff Nicholas LaFlamme, on behalf of himself and all others similarly situated ("Plaintiff") commenced an action in the Suffolk County Superior Court of the Commonwealth of Massachusetts, captioned *NICHOLAS LAFLAMME, on behalf of himself and all others similarly situated v. NUVIA MSO, LLC*, Case No. 2684CF02678 (the "State Court Action").

2. Defendant was served with the Summons and Complaint in the State Court Action on October 20, 2026.

3. Defendant is filing this Notice of Removal within thirty (30) days after service of the Summons and Complaint. The date on or before which Defendant is required by law to remove

this action is November 19, 2026. Therefore, this Notice of Removal is timely filed under the provisions of 28 U.S.C. § 1446(b).

4. The Suffolk County Superior Court of the Commonwealth of Massachusetts is located within the District of Massachusetts, Eastern Division. Local Rule 40.1(c)(1). Thus, venue is proper in this Court because it is the "district and division embracing the place where such [state court] action is pending." 28 U.S.C. §1441(a).

5. In accordance with 28 U.S.C. §1446(a) and Local Rule 81.1(a) a copy of the entire court file in the State Court Action, including all pleadings and papers that have been filed and served are attached to this Notice as Exhibit A. Plaintiff has not served upon Defendant any other process, pleadings, or orders.

6. Promptly upon filing this Notice of Removal, Defendant will give written notice to Plaintiff's counsel and will file a copy of this Notice of Removal with the Suffolk County Superior Court of the Commonwealth of Massachusetts, as required by 28 U.S.C. §1446(d). Attached to this Notice as Exhibit B is a copy of the Notice of Defendant's Notice of Removal to Federal Court which will also be filed in the Suffolk County Superior Court of the Commonwealth of Massachusetts.

**This Court Has Original Federal Question Jurisdiction Over Plaintiff's Complaint**

7. This Court has original jurisdiction over Plaintiff's Complaint because he alleges a violation of the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 *et seq*. Pursuant to 28 U.S.C. § 1441(a), "[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

8. Thirty days have not elapsed since October 20, 2026, the date on which Defendant was served with the State Court Summons and State Court Complaint. Accordingly, this Notice of Removal is timely under 28 U.S.C. § 1446 (b)(1).

WHEREFORE, Defendant hereby gives notice pursuant to 28 U.S.C. § 1446 of the removal of this action from the Suffolk County Superior Court of the Commonwealth of Massachusetts to the United States District Court for the District of Massachusetts, Eastern Division, and request that all further proceedings be conducted in this Court as provided by law.

Respectfully submitted on November 5, 2026.

Respectfully submitted,

/s/ *Jeffrey S. Shapiro*

JEFFREY S. SHAPIRO, Bar No. 712140
jsshapiro@fisherphillips.com
FISHER & PHILLIPS LLP
200 State Street, 13th Floor
Boston, MA 02109
Telephone: (617) 722-0044

**CERTIFICATE OF SERVICE**

I, Jeffrey S. Shapiro, hereby certify that a copy of the foregoing has been sent via e-mail and/or USPS to the following:

Brook S. Lane
Fair Work P.C.
192 South Street, Suite 459
Boston, MA 02111
brook@fairworklaw.com

*/s/ Jeffrey S. Shapiro*
Jeffrey S. Shapiro