IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS LAFLAMME, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NUVIA MSO, LLC,<br><br>Defendant. | CASE NO.: 26-14978-MJJ |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

Defendant Nuvia MSO, LLC, by and through undersigned counsel, respectfully requests a 60-day extension to file its responsive pleading to Plaintiff's Complaint, moving the deadline from November 12, 2026 to January 11, 2027. In support of this motion, Defendant states as follows:

Defendant removed this action to this Court on November 5, 2026. Doc. No. 1. Defendant's current deadline to answer or otherwise respond to the Complaint is November 12, 2026.

Following removal, Defendant contacted Plaintiff's counsel regarding a potential motion to dismiss. The parties are in the process of conferring regarding the potential motion and whether Plaintiff will amend his Complaint to address the issues raised by Defendant.

The requested extension will provide the parties with sufficient time to complete those discussions and evaluate any proposed amendment before Defendant files its responsive pleading. These discussions may narrow or eliminate issues that require Court resolution and may eliminate unnecessary motion practice.

The requested extension also accounts for the upcoming Thanksgiving and year-end holidays, which may affect the availability of counsel and their clients to complete the conferral process and prepare any amended complaint or responsive pleading. This is Defendant's first

requested extension of its responsive pleading in this Cort.

Defendant requests this extension to facilitate meaningful conferral and not for purposes of unnecessary delay.

Defense counsel has conferred with Plaintiff's counsel regarding the requested extension. Plaintiff's counsel has conditioned his consent on a tolling agreement, which remains under consideration. Given the approaching response deadline, Defendant submits this Motion as opposed while those discussions remain ongoing.

WHEREFORE, Defendant respectfully requests that the Court extend its deadline to answer or otherwise respond to the Complaint by 60 days, from November 12, 2026 through and including January 11, 2027.

Respectfully submitted on November 10, 2026.

Respectfully submitted,

/s/ *Jeffrey S. Shapiro*

JEFFREY S. SHAPIRO, Bar No. 712140
jsshapiro@fisherphillips.com
FISHER & PHILLIPS LLP
200 State Street, 13th Floor
Boston, MA 02109
Telephone: (617) 722-0044

**CERTIFICATE OF SERVICE**

I, Jeffrey S. Shapiro, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) on November 10, 2026.

*/s/ Jeffrey S. Shapiro*
Jeffrey S. Shapiro